IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE | Case No. 13-27856 |
| Rose M. Calderone,<br>  Debtor. | Chapter 13 |
| BSI Financial Services, Servicer for U.S. Bank National Association, not in its Individual Capacity, But Solely as Legal Title Trustee for LVS Title Trust I, its assignees and/or successors in interest<br><br>  Movant,<br><br>vs.<br><br>Rose M. Calderone;<br>Ellen W. Cosby, Chapter 13 Trustee,<br><br>  Respondents. | |

### WITHDRAWAL OF MOTION SEEKING RELIEF FROM STAY AS TO PROPERTY KNOWN AS 2913 INDIANSUMMER COURT, ABINGDON, MD 21009

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that BSI Financial Services, Servicer for U.S. Bank National Association, not in its Individual Capacity, But Solely as Legal Title Trustee for LVS Title Trust I, its assignees and/or successors in interest, Movant in the above-entitled action, hereby requests that its Motion for Relief from Automatic Stay be withdrawn without prejudice, with respect to the subject Property, generally described as 2913 Indiansummer Court, Abingdon,

1

Maryland 21009, and that the hearing currently set for December 3, 2015, at 10:00 a.m. in Courtroom 9C of the United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21201, be taken off-calendar, as the loan was brought current post-petition and is currently due for December 1, 2015.

Dated: December 2, 2015            /s/ James C. Olson
                                                         James C. Olson, Esquire (07973)
                                                         10451 Mill Run Circle, Suite 400
                                                         Owings Mills, MD  21117
                                                         (410) 356-8852
                                                         (410) 356-8804 facsimile
                                                         jolson@jamesolsonattorney.com
                                                         Retained Counsel
                                                          B.406-008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 2, 2015, a copy of the foregoing Withdrawal of Motion Seeking Relief from Stay as to Property was mailed and/or electronically sent to:

All parties of CM/ECF electronic notice list

Rose M Calderone
2913 Indiansummer Court
Abingdon, MD 21009
Debtor

Thomas Gill (tomgill@tgglaw.com)

Ellen W. Cosby, Trustee (ECF@ch13balt.com)

*/s/ James C. Olson*
James C. Olson